UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER STRONG #834816,

     Plaintiff,

                                   Case No. 1:24-cv-507

v.

                                   HONORABLE PAUL L. MALONEY

UNKNOWN SANDBORN, et al.,

     Defendants.

_____/

## **<u>JUDGMENT</u>**

    In accordance with the Order entered on this date:

    **IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  August 7, 2025                   /s/  Paul L. Maloney     
                                               Paul L. Maloney
                                             United States District Judge